**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CHARLES AUBERT** — **CIVIL ACTION**

**VERSUS** — **NO. 24-2615**

**AMICA MUTUAL INSURANCE CO., ET AL.** — **SECTION: D(5)**

**ORDER**

Before the Court is a Motion for Leave to File First Amended Petition for Damages filed by Plaintiff Charles Aubert.[1] Defendants Amica Mutual Insurance Co. and Lauren Baum consent to the filing of the Motion.[2] Finding good cause exists, the Court grants the Motion.[3]

In the Amended Complaint, Aubert names Progressive Security Insurance Co. as a defendant.[4] Progressive is a corporation incorporated under the laws of Louisiana, with its principal place of business in Louisiana and is therefore a citizen of Louisiana.[5] Aubert too is a citizen of Louisiana,[6] and therefore, as acknowledged by counsel in its motion, the addition of Progressive will destroy this Court's diversity jurisdiction.[7] Diversity jurisdiction is the sole basis for this Court's exercise of jurisdiction in this case, and thus, this matter must be remanded.

---

[1] R. Doc. 20.
[2] R. Doc. 20-2.
[3] R. Doc. 20.
[44] *Id.* at ¶ 8; R. Doc. 20-7 at ¶ I(c).
[5] *Harris v. Black Clawson Co.*, 961 F.2d 547, 550 (5th Cir. 1992) ("A corporation is a citizen of both its state of incorporation and the state in which it has its principal place of business.").
[6] R. Doc. 9.
[77] Diversity jurisdiction requires complete diversity of citizenship. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008); 28 U.S.C. 1332. "Complete diversity 'requires that all persons on one side of the controversy be citizens of different states than all persons on the other side.'" *Id.* (quoting *McLaughlin v. Miss. Power Co.*, 376 F.3d 344, 353 (5th Cir. 2004)).

Accordingly,

**IT IS ORDERED** that the Motion for Leave to File First Amended Petition for Damages filed by Plaintiff Charles Aubert is **GRANTED**. The Clerk's Office is instructed to file the proposed pleading[8] into the record.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, June 11, 2025.

Wendy B. Vitter

**WENDY B. VITTER**
**United States District Judge**

[8] R. Doc. 20-7.